LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500, Facsimile: (415) 901-0504
chandler@visherlaw.com

CONSUMER LAW OFFICE OF MARIE NOEL APPEL
Marie Noel Appel (California State Bar No. 187483)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone (415) 901-0508, Facsimile: (415) 901-0504
marie@consumerlaw.ws

Deepak Gupta (pro hac vice application to be filed)
Brian Wolfman (pro hac vice application to be filed)
Public Citizen Litigation Group
1600 20th Street, NW
Washington, DC 20009
Telephone: (202) 588-7739, Facsimile: (202) 588-7795
dgupta@citizen.org, brian@citizen.org

Attorneys for plaintiff Julius Briggs and the class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE,<br><br>Defendants. | No. CV – 07 – 5760 WHA<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (PLAINTIFF)**<br><br>**(CIVIL L.R. 3-16)** |

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

4 Dated: November 15, 2007        Respectfully submitted,

LAW OFFICES OF S. CHANDLER VISHER
CONSUMER LAW OFFICE OF MARIE NOEL APPEL
PUBLIC CITIZEN LITIGATION GROUP

By:    /S/ S. Chandler Visher_____
       S. Chandler Visher, Esq., Attorneys for Plaintiff