Case 3:07-cv-05760-WHA    Document 7    Filed 12/06/2007    Page 2 of 2

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and all others similarly situated,

v.

UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE,

SUMMONS IN A CIVIL CASE

CASE NUMBER:

CV 07 5760 WHA

TO: (Name and address of defendant)

United States of America
Scott N. Schools
450 Golden Gate Aveune, Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

S. Chandler Visher
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within _60_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE NOV 14 2007

Case 3:07-cv-05760-WHA   Document 7   Filed 12/06/2007   Page 1 of 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| S. CHANDLER VISHER<br>44 MONTGOMERY ST. #3830<br>SAN FRANCISCO, CA 94104 | (415) 901-0500 | |

REFERENCE NUMBER
0023780-02

ATTORNEY FOR (NAME)

Insert name of court, judicial district or branch court, if any, and post office and street address:
UNITED STATES DISTRICT COURT,

| SHORT NAME OF CASE | | | |
|---|---|---|---|
| BRIGGS vs. UNITED STATES OF AMERICA | | | |
| DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 07 5760 WHA |

## PROOF OF SERVICE

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:

SUMMONS & COMPLAINT; CONFIDENTIAL COUNSELING STATEMENT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL STATUS CONFERENCE; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; CERTIFICATION OF INTERESTED ENTITIES

Name: UNITED STATES OF AMERICA

Person Served: ELSIE SASO
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: November 15, 2007
Time of Delivery: 02:53 pm      HDATE:

Place of Service: 450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102           (Business)

Manner of Service: Personal Service - By Personally Delivering copies to the person on whom the service is required.

Fee for service: $ 74.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: SAN FRANCISCO ........... County,
Number: 2003-0000823
Expiration Date: 07/27/2009

PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: ..November 29, 2007......
at: ....San Francisco............, California.

Signature: [signature]
Name: ROBERT CASTANEDA
Title: Employee

3020023780-02