POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF S. CHANDLER VISHER<br>44 Montgomery St.<br>Suite 3830<br>San Francisco, CA 94104<br><br>TELEPHONE NO.:<br><br>ATTORNEY FOR: | |
| **CALIFORNIA - U S DISTRICT, COUNTY OF NORTHERN** | |

| PLAINTIFF: JULIUS BRIGGS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | CASE NUMBER:<br>CV075760 |
|---|---|
| DEFENDANT: UNITED STATES OF AMERICA AND ARMY AND AIR FORCE EXCHANGE SERVICE | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>CV075760 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specifiy documents):
   SUMMONS IN A CIVIL CASE; SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE IN CIVIL CASES BEFORE JUDGE WILLIAM ALSUP; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT TO ENJOIN ILLEGAL ADMINISTRATIVE OFFSETS AND FOR RESTITUTION OF AMOUNTS ILLEGALLY COLLECTED; AND EXHIBITS

3. a. Party served:
   ARMY AND AIR FORCE EXCHANGE SERVICE

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
   PATTY BLANCH / PARALEGAL

4. Address where the party was served:
   3911 S. WALTON WALKER BLVD., DALLAS, TX 75236

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 12/4/2007 at 10:20 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: ARMY AND AIR FORCE EXCHANGE SERVICE
      under the following Code of Civil Procedure section:
         416.10 (corporation)

7. **Person who served papers**
   a. Name: ARTHUR CIRILLO
      Firm: Preferred Legal Services, Inc.
   b. Address: 210 Fell Street, Suite 19, San Fransisco, CA 94102
   c. Telephone number: (415) 882-2250
   d. **The fee** for the service was:
   e. I am:
      (1) not a registered California process server.

Page 1 of 2

| | |
|---|---|
| PLAINTIFF: JULIUS BRIGGS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>DEFENDANT: UNITED STATES OF AMERICA AND ARMY AND AIR FORCE EXCHANGE SERVICE | CASE NUMBER:<br><br>CV075760 |

8.  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12-4-07

_____
ARTHUR CIRILLO
(NAME OF PERSON WHO SERVED PAPERS)

▶        _____
                (SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number 2007002382

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE

| Name of SERVER | TITLE |
|---|---|
| ARTHUR CIRILLO | |

Check one box below to indicate appropriate method of service

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☐  Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/07
                  Date

Signature of Server

4834 SWISS AVE.
Address of Server
DALLAS, TX 75204

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure