1  UNITED STATES DEPARTMENT OF JUSTICE
   Ruth A. Harvey
2  Assistant Director
   Michael J. Quinn (D.C. Bar No. 401376)
3  Trial Attorney
   Commercial Litigation Branch
4  Civil Division
   P.O. Box 875
5  Ben Franklin Station
   Washington, D.C. 20044-0875
6  Telephone: (202) 307-0243; Facsimile: (202) 514-9163
   michael.quinn3@usdoj.gov
7
   Attorneys for all Defendants
8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11
   _____
12 JULIUS BRIGGS, on behalf of himself and all others  )
   similarly situated,                                 )    No. CV-07-5760 WHA
13                                                      )
                    Plaintiff,                          )    **NOTICE OF STIPULATION**
14                                                      )    **FOR AN ENLARGEMENT**
        v.                                              )    **OF TIME FOR**
15                                                      )    **DEFENDANTS TO**
   UNITED STATES OF AMERICA and                        )    **ANSWER OR OTHERWISE**
16 ARMY AND AIR FORCE EXCHANGE SERVICE,                )    **RESPOND TO THE**
                                                        )    **COMPLAINT**
17                 Defendants.                           )
   _____
18

19         Pursuant to Local Rule 6-1(a), Defendants herein give notice that the parties have

20 stipulated and agreed to extend the time within which the Defendants must answer or otherwise

21 respond to the Complaint by one month, to February 14, 2008.  A copy of the stipulation is

22 attached.

23

24

25

26

27

28

   **Notice of Stipulation for an Enlargement of Time – CV-07-5760 WHA          Page 1**

1     Dated: January 10, 2008            Respectfully submitted,

2                                         JEFFREY S. BUCHOLTZ
                                        Acting Assistant Attorney General

3

4                                         MICHAEL F. HERTZ
                                        Deputy Assistant Attorney General

5                                         J. CHRISTOPHER KOHN
                                        Director

6

7                                         RUTH A. HARVEY
                                        Assistant Director

8

9                                      /s/ Michael J. Quinn
                                     MICHAEL J. QUINN (D.C. Bar No. 401376)

10                                      Commercial Litigation Branch
                                     Civil Division

11                                      P.O. Box 875
                                     Ben Franklin Station

12                                      Washington, D.C. 20044-0875
                                     Telephone: (202) 307-0243

13                                      Facsimile: (202) 514-9163

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Stipulation for an Enlargement of Time – CV-07-5760 WHA**                 **Page 2**

1

CERTIFICATE OF SERVICE

2

I hereby certify that, on January 10, 2008, the foregoing *Notice of Stipulation for an*

3

*Enlargement of Time for Defendants to Answer or Otherwise Respond to the Complaint* was

4

served by Electronic Case Filing.

5

6

7

/s/ Michael J. Quinn

8

Michael J. Quinn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of Stipulation for an Enlargement of Time – CV-07-5760 WHA**          **Page 3**