

**U.S. Department of Justice**

Civil Division

Commercial Litigation Branch

---

*Michael J. Quinn*
*Trial Attorney*

P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875

Tel: 202-307-0243
Fax: 202-514-9163
Fax: 202-307-0494

January 9, 2008

<u>Via Telecopier to 415-901-0504</u>
S. Chandler Visher, Esq.
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

    Re:    <u>Briggs v. United States et al.</u>, N.D. Cal., CV-07-5760 (WHA)

Dear Mr. Visher:

    Thank you for taking my call today. This letter memorializes the agreement and stipulation reached by counsel for the parties in the above-captioned action to enlarge defendants' deadline to answer or otherwise respond to the Complaint by one month, to February 14, 2008.

    Please countersign this letter and return the signed copy to me by facsimile at 202-514-9163 at your earliest convenience, and I will promptly file a notice of the extension with the court.

Very truly yours,

Michael J. Quinn

Stipulated and Agreed to on behalf of Plaintiff, Julius Briggs, on this

____ day of January, 2008.

Signed: _____
    Counsel for Plaintiff

cc: Deepak Gupta, Public Citizen

Attachment A