| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| S. CHANDLER VISHER<br>44 MONTGOMERY ST. #3830<br>SAN FRANCISCO, CA  94104 | (415) 901-0500 | |

REFERENCE NUMBER: 00234185-01

ATTORNEY FOR (NAME):

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BRIGGS vs. AAFES

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-07-5760 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
FIRST AMENDED COMPLAINT;

              Name: UNITED STATES OF AMERICA

  Person Served: DIANE LACKEY
             Title: AGENT FOR SERVICE

Date of Delivery: January 25, 2008    HDATE:
Time of Delivery: 11:35 am

Place of Service: 450 GOLDEN GATE AVENUE, BOX 36055
                  SAN FRANCISCO, CA 94102    **(Business)**

Manner of Service:    **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:    $ 49.50

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . SAN FRANCISCO . . . County,
Number: . . . . 2003-0000823
Expiration Date:   07/27/2009
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00234185-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . January 28, 2008 . . . . . . ,
at: . . . . . . . . San Francisco . . . ., California.

Signature: _____
Name: ROBERT CASTANEDA
Title: Employee