UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
Michael J. Quinn (D.C. Bar No. 401376)
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875, Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0243; Facsimile: (202) 514-9163
michael.quinn3@usdoj.gov
*Attorneys for all Defendants*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated, ) ) ) | No. CV-07-5760 WHA |
| Plaintiff, ) ) | |
| v. ) ) | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE, ) ) ) ) | |
| Defendants. ) ) | |

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 31, 2008                              /s/ Michael J. Quinn
                                                                            Counsel for the United States Defendants