UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
Michael J. Quinn (D.C. Bar No. 401376)
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0243; Facsimile: (202) 514-9163
michael.quinn3@usdoj.gov

Attorneys for all Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE, )<br><br>Defendants. ) | No. CV-07-5760 WHA |

[PROPOSED] ORDER

This matter comes before the Court on *Defendants' Motion for Judgment on the Pleadings Or for Partial Dismissal,* filed February 14, 2008.  Upon consideration of said Motion, Plaintiffs' opposition and any reply thereto; upon a review of the First Amended Complaint and Answer thereto; and upon the hearing thereon, the Court having determined that said Motion is well taken, there being no issues material to the Motion in genuine dispute and that a judgment on the pleadings under Fed. R. Civ. P. 12(c) may be and should be entered against Plaintiff; it is hereby

ORDERED, that Defendants' Motion should be and hereby is GRANTED; and

FURTHER ORDERED, that judgment be entered against Plaintiff and his causes of action herein are and shall be dismissed with prejudice.

1

Dated: _____, 2008          _____

2

Hon. William H. Alsup

3

UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28