UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 21, 2008

Case No. C 07-05760 WHA

Title: JULIUS BRIGGS v. USA

Plaintiff Attorneys: Chandler Visher

Defense Attorneys: Michael Quinn

Deputy Clerk: Dawn Toland          Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1) CMC - HELD

2) 

Complete Initial Disclosures (Rule 26): 2/29/08

Discovery Cutoff: 12/31/08

Designation of Experts: 12/31/08

Last Day to File Motion: 1/29/09

Continued to _ for Tutorial

Continued to 3/9/09 at 2:00 pm for Pretrial Conference

Continued to 3/23/09 at 7:30 am for Bench Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.

Defendant's motion for judgment on the pleadings is moved to 4/3/08 from 3/27/08. The motion for class certification shall be filed after the motion for judgment on the pleadings is heard.