UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and all others similarly situated,

Plaintiff(s),

v.

UNITED STATES ARMY OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE,

Defendant(s).

CASE NO. CV-07-5760

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Brian Wolfman , an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is Public Citizen Group, 1600 20th Street, NW, Washington, DC 20009 (205) 588-1000 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: February 25, 2008.

United States District Judge

William Alsup