Reset Form

United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and
all others similarly situated,

Plaintiff(s),

v.

UNITED STATES ARMY OF AMERICA
and ARMY AND AIR FORCE
EXCHANGE SERVICE,

_____Defendant(s)._____/

CASE NO. CV-07-5760

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Deepak Gupta
District of Columbia
(particular court to which applicant is admitted)

is
   Public Citizen Group,
   1600 20th Street, NW, Washington, DC 20009
   (205) 588-1000

, an active member in good standing of the bar of

whose business address and telephone number

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated: February 25, 2008.

IT IS SO ORDERED

Judge William Alsup

United States District Judge

William Alsup