| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| S. CHANDLER VISHER<br>44 MONTGOMERY ST. #3830<br>SAN FRANCISCO, CA 94104 | (415) 901-0500 | |
| ATTORNEY FOR (NAME): | REFERENCE NUMBER<br>00234185-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
BRIGGS vs. UNITED STATE OF AMERICA

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV-07-5760 WHA |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
FIRST AMENDED COMPLAINT;

Name: ARMY AND AIR FORCE EXCHANGE SERVICE

Person Served: GREG FARNIC
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: February 14, 2008    HDATE:
Time of Delivery: 10:35 am

Place of Service: 3911 WALTON WALKER BOULEVARD
DALLAS, TX 75236                         **(Business)**

Manner of Service: **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service: $ 150.00

---

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: . . . . . . . . . . . . . . . . . . . . . . County,
Number: .
Expiration Date:
PREFERRED LEGAL SERVICES, INC.
210 Fell Street, #19
San Francisco, CA 94102
(415) 882-2250
302/00234185-02

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: . . . . . . . . . . . February 29, 2008 . . . . . . .,
at: . . . . . . . . . . . ~~San Francisco~~ . . . . . . . , ~~California~~.
                         DALLAS, TX

Signature: _[signature]_
Name: ARTHUR CIRILLO
Title: