UNITED STATES DEPARTMENT OF JUSTICE
Ruth A. Harvey
Assistant Director
Michael J. Quinn (D.C. Bar No. 401376)
Beth E. Cook (D.C. Bar No. 413828)
Trial Attorneys
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2265; Facsimile: (202) 514-9163
beth.cook@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE<br><br>    Defendants. | No. CV-07-5760 WHA<br><br>NOTICE OF APPEARANCE |

The Clerk of the Court shall please take notice that Beth E. Cook, Trial Attorney, hereby enters her appearance as co-counsel for the United States of America and the Army and Air Force Exchange Service in this matter. Ms. Cook is an attorney with the Department of Justice, Civil Division, Commercial Litigation Branch. Her address, phone number, and bar number are as follows:

Beth E. Cook
D.C. Bar No. 413828
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2265

Dated: March 13, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
MICHAEL F. HERTZ
Deputy Assistant Attorney General
J. CHRISTOPHER KOHN
Director
RUTH A. HARVEY
Assistant Director
MICHAEL J. QUINN
Trial Attorney

  /s/ Beth E. Cook
BETH E. COOK
(D.C. Bar No. 413828)
Trial Attorney
Commercial Litigation Branch
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 616-2265
Facsimile: (202) 514-9163

Attorney for Defendants and
Counterplaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2008, the foregoing *Notice of Appearance* was served by Electronic Case Filing.

/s/ Beth E. Cook
Beth E. Cook