UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 3, 2008

Case No.  C 07-05760 WHA

Title: JULIUS BRIGGS v. USA

Plaintiff's Attorneys: Deepak Gupta; S. Chandler Visher

Defense Attorney: Beth Cook

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Dfts' Motion for Summary Judgment - Taken Under Submission

2)  

**ORDERED AFTER HEARING:**