UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all other similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE,<br><br>Defendant(s). | No. C 07-5760 WHA (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Defendants their attorney(s) of record:

On March 6, 2008, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 15, 2008. Your statement was due July 8, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, Friday, July 10, 2008 defendants and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\briggs.latepapersord.wpd

1