**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: July 15, 2008 @ 9:00 a.m.

TIME: 2 hours 45 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Briggs v. USA, et al. | C07-5760 WHA (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| S. Chandler Visher | Beth Cook | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION     ☐ INITIAL PRETRIAL CONFERENCE (CMC)
　　☐ CONTESTED              ☐ DISCOVERY CONFERENCE
　　☐ UNCONTESTED            ☒ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION         ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING        ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION            ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE          ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Case did not settle.

G:\BZALL\-REFS\REFS.08\BRIGGS.USA.MINUTE ORD.wpd