| | |
|---|---|
| Deepak Gupta (*pro hac vice*) | UNITED STATES DEPARTMENT OF JUSTICE |
| Brian Wolfman (*pro hac vice*) | Ruth A. Harvey |
| PUBLIC CITIZEN LITIGATION GROUP | Assistant Director |
| 1600 20th Street, N.W. | Michael J. Quinn (D.C. Bar No. 401376) |
| Washington, D.C. 20009 | Beth E. Cook (D.C. Bar No. 413828) |
| Tel. (202) 588-7739/Fax (202) 588-7795 | Trial Attorneys |
| dgupta@citizen.org; brian@citizen.org | Commercial Litigation Branch |
| | Civil Division |
| S. Chandler Visher (State Bar No. 52957) | P.O. Box 875 |
| LAW OFFICES OF S. CHANDLER VISHER | Ben Franklin Station |
| 44 Montgomery Street, Suite 3830 | Washington, D.C. 20044-0875 |
| San Francisco, California 94104 | Tel. (202) 616-2265/Fax (202) 514-9163 |
| Tel. (415) 901-0500/Fax (425) 901-0504 | beth.cook@usdoj.gov |
| chandler@visherlaw.com | Attorneys for Defendant |

Marie Noel Appel (State Bar No. 187483)
CONSUMER LAW OFFICE OF MARIE NOEL APPEL
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Tel. (415) 901-0508/Fax (415) 901-0504
marie@consumerlaw.ws

Attorneys for Plaintiff Julius Briggs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated, | ) No. CV-07-5760 WHA |
| Plaintiff/Counterdefendant, | ) **STIPULATION AND [PROPOSED] ORDER TO ALLOW SUPPLEMENTAL CLASS NOTICE AND TO RESCHEDULE PRETRIAL CONFERENCE AND TRIAL** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant/Counterplaintiff. | |

Stipulation and [Proposed] Order      CV-07-5760 WHA

WHEREAS, Defendant determined on April 6, 2009 that it needs to supplement its discovery responses that mistakenly omitted offsets that were used to identify potential class members;

WHEREAS, AAFES will provide the supplemental discovery responses as soon as possible, but needs approximately thirty days to complete its review and ensure that the revised responses are accurate;

WHEREAS, the United States expects additional class members will be identified as a result of this review;

WHEREAS, both parties need the supplemental discovery responses to prepare for trial; and

WHEREAS, when conferring about this stipulation, Plaintiff's counsel notified Defendant's counsel that he intends to file a motion to intervene in this case, and that he may seek additional discovery as part of that motion.

WHEREFORE, the parties, by and through their respective counsel of record, agree, stipulate, and request an Order allowing supplemental class notice and rescheduling of the pretrial conference and trial, currently scheduled for April 27, 2009 at 2:00 p.m., and May 11, 2009 at 8:00 a.m., respectively.

The parties agree that Defendant will supplement its discovery responses by May 7, 2009.

The parties agree that they will submit on May 21, 2009, a joint proposal regarding supplemental class notice to persons who were inadvertently omitted from the original class list, and that the United States will pay the actual costs of the supplemental class notice.

The parties agree that oral argument on the parties' motions for summary judgment and motions to strike will be heard as scheduled on April 9, 2009, at 8:00 a.m.

The parties agree that the proposed motion to intervene does not serve as the basis for this Stipulation, but Plaintiff's counsel wished to alert the Court of its intentions.

The parties agree that the United States reserves its right to oppose Plaintiff's motion to

intervene and any request for additional discovery, and this Stipulation does not waive the United States' right to oppose Plaintiff's motion.

DATED: April 7, 2009                    Respectfully submitted,

                                                S. CHANDLER VISHER
                                                LAW OFFICES OF S. CHANDLER VISHER

                                                MARIE NOEL APPEL
                                                CONSUMER LAW OFFICE OF MARIE NOEL
                                                    APPEL

                                                DEEPAK GUPTA
                                                BRIAN WOLFMAN
                                                PUBLIC CITIZEN LITIGATION GROUP


                           By:    /s/ S. Chandler Visher_____
                                  S. Chandler Visher
                                  Attorneys for Plaintiff & Counterdefendant

DATED: April 7, 2009                    MICHAEL F. HERTZ
                                                ACTING ASSISTANT ATTORNEY GENERAL

                                                J. CHRISTOPHER KOHN
                                                DIRECTOR

                                                RUTH A. HARVEY
                                                ASSISTANT DIRECTOR


                           By:    /s/ Beth E. Cook_____
                                  Michael J. Quinn
                                  Beth E. Cook
                                  Attorneys for Defendant & Counterplaintiff

1 **[PROPOSED] ORDER**

2   Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore,
3 IT IS HEREBY ORDERED that the Defendant will supplement its discovery responses by May
4 7, 2009, and that the parties will submit to the Court a Joint Proposal Regarding Supplemental
5 Class Notice, by May 21, 2009.  The pretrial conference and trial dates are hereby CONTINUED
6 and shall be set at a scheduling conference to be held on _____TBD_____ at _____.

8   **IT IS SO ORDERED.**

10  April 14, 2009
    _____   _____
    Date                             HON. WILLIAM H. ALSUP
11                                   United States District Court

*IT IS SO ORDERED. Judge William Alsup* (signature/seal)

28 Stipulation and [Proposed] Order          CV-07-5760 WHA               Page 3