| | |
|---|---|
| S. Chandler Visher (State Bar No. 52957)<br>LAW OFFICES OF S. CHANDLER VISHER<br>44 Montgomery Street, Suite 3830<br>San Francisco, California 94104<br>Tel. (415) 901-0500/Fax (415) 901-0504<br>chandler@visherlaw.com<br><br>Marie Noel Appel (State Bar No. 187483)<br>CONSUMER LAW OFFICE OF MARIE NOEL APPEL<br>44 Montgomery Street, Suite 3830<br>San Francisco, California 94104<br>Tele. (415) 901-0508/Fax (415) 901-0504<br>marie@consumerlaw.ws<br><br>Deepak Gupta (pro hac vice)<br>Brian Wolfman (pro hac vice)<br>PUBLIC CITIZEN LITIGATION GROUP<br>1600 20th Street, NW<br>Washington, DC 20009<br>Tel. (202) 588-7739/Fax (202) 588-7795<br>dgupta@citizen.org; brian@citizen.org<br>*Attorneys for Plaintiff* | U.S. DEPARTMENT OF JUSTICE<br>Ruth A. Harvey<br>Assistant Director<br>Michael J. Quinn (D.C. Bar 401376)<br>Beth E. Cook (D.C. Bar 413828)<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel. (202) 616-2265<br>Fax (202) 514-9163<br>beth.cook@usdoj.gov<br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | ) No. CV-07-5760 WHA<br>) CLASS ACTION<br>)<br>) **JOINT PROPOSAL FOR**<br>) **SUPPLEMENTAL CLASS NOTICE**<br>) **AND [PROPOSED] ORDER**<br>)<br>)<br>)<br>) |

1  Pursuant to the Stipulation and Order to Allow Supplemental Class Notice and to
2  Reschedule Pretrial Conference and Trial, entered by the Court on April 14, 2009 (Dkt. No. 87),
3  Plaintiff, Julius Briggs, and Defendant, the United States of America (jointly "the Parties")
4  hereby submit their Joint Proposal for Supplemental Class Notice.

Supplemental class notice is required because Defendant determined that it needed to supplement its discovery responses that mistakenly omitted offsets that were used to identify potential class members. As stated in the Stipulation and Order to Allow Supplemental Class Notice and to Reschedule Pretrial Conference and Trial, the United States agrees that it will pay the actual costs of the supplemental class notice.

In conferring about the supplemental class notice, the Parties agreed that it would be appropriate to defer issuance of notice to class members until after the Court has issued its rulings on three recently filed motions, the outcome of which could affect the substance of the class notice.

On April 30, 2009, Plaintiff filed a "Motion for Intervention of Plaintiff with Live Claims and to Amend Second Claim of Complaint," scheduled for a hearing on June 4, 2009.

On May 21, 2009, the United States filed "Defendant's Motion to Decertify Class Action as to Damages," scheduled for a hearing on June 25, 2009, based on the Court's ruling in its April 30, 2009 Order re Cross-Motions for Summary Judgment which held, among other things, that "[i]n order to apply its setoff rights . . . the government must prove that the amounts it claims the class owed it were in fact owed." Order at 9 (Apr. 30, 2009).

Also on May 21, Plaintiff filed Plaintiff's Motion for Leave to File a Motion for Reconsideration of the Order re Cross-Motions for Summary Judgment.

The Parties jointly request that this Court defer consideration of any proposed form of supplemental class notice until after the above-referenced motions have been heard and ruled upon by the Court. The Parties agree that the content of the class notice could change depending on the Court's rulings, and the Parties seek to avoid the confusion to class members that could result if notice were sent to them about the case in its current posture, and several weeks

Joint Proposal for Supplemental  No. CV-07-5760 WHA  2
Class Notice

thereafter another notice were required to inform them about how their claims will be addressed if the Court decertified the class for damages.

The Parties agree that they will submit a joint proposal for supplemental class notice within two weeks after the Court has entered Orders resolving the above-referenced pending motions. If the Court would prefer that the Parties submit proposed class notice reflecting the current posture of the case, the Parties will promptly submit such proposed notice.

DATED: May 21, 2009							Respectfully submitted,

S. CHANDLER VISHER
LAW OFFICES OF S. CHANDLER VISHER

MARIE NOEL APPEL
CONSUMER LAW OFFICE OF MARIE NOEL
 APPEL

DEEPAK GUPTA
BRIAN WOLFMAN
PUBLIC CITIZEN LITIGATION GROUP


By:   /s/ S. Chandler Visher
S. Chandler Visher
Attorneys for Plaintiff


DATED: May 21, 2009							MICHAEL F. HERTZ
DEPUTY ASSISTANT ATTORNEY GENERAL
J. CHRISTOPHER KOHN
DIRECTOR
RUTH A. HARVEY
ASSISTANT DIRECTOR


By:   /s/ Beth E. Cook
Michael J. Quinn
Beth E. Cook
Attorneys for Defendant

Joint Proposal for Supplemental		No. CV-07-5760 WHA						3
Class Notice

**[PROPOSED] ORDER**

Pursuant to the foregoing Joint Proposal for Supplemental Class Notice submitted by the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Parties will submit to the Court a Joint Proposal Regarding Supplemental Class Notice within two weeks after the Court has entered an Order resolving Plaintiff's Motion for Intervention of Plaintiff with Live Claims and to Amend Second Claim of Complaint, scheduled for hearing on June 4, 2009, Defendant's Motion to Decertify Class Action as to Damages, scheduled for hearing on June 25, 2009, and Plaintiff's Motion for Leave to File a Motion for Reconsideration of the Order re Cross-Motions for Summary Judgment.

**IT IS SO ORDERED.**

May 22, 2009
_____
Date



HON. WILLIAM H. ALSUP
United States District Court

Joint Proposal for Supplemental     No. CV-07-5760 WHA     4
Class Notice