IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. C 07-05760 WHA<br><br>**NOTICE REGARDING MOTION TO DECERTIFY CLASS** |

The government has filed a motion to decertify the class. With respect to the government's objection regarding proof of individual issues concerning damages, the Court requests counsel to submit any comments or objections to the following proposed procedure for addressing those issues by Wednesday, **JUNE 24, 2009, AT 5:00 P.M**.

The government will construct a list of all class members including, for each, (1) the amount of the government's litigation setoff and an itemization of the components thereof (the Court understands that the parties have compiled or will soon complete a stipulated spreadsheet with this data); (2) the amount of the class member's debt to the government (supported by appropriate business records); and (3) and the amount the class member would, according to the government's records, actually receive (if any) by way of refund for the illegal administrative offsets. The class will be provided notice of this list and notified that, if any class member disputes the amounts contained therein, the class member should appear in Court on a specified date and/or provide notice to class counsel of the objection, but that if the government's data is correct, the class member need not do anything. Then, the class objections will be adjudicated.

As stated, please submit any comments on and/or objections to this procedure in advance of the hearing, and *please cite case law on point* in support of any such objections to this specific procedure (and bring copies of such authority to the hearing).

**IT IS SO ORDERED.**

Dated: June 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE