United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 07-05760 WHA

**ORDER CONTINUING TRIAL DATE**

    The motion is **GRANTED** on the representations made in the stipulation and the trial is **CONTINUED** to **DECEMBER 28, 2009, AT 7:30 A.M.** If the motion for preliminary approval is filed by the deadline jointly offered in the stipulated motion, then the new trial date will be vacated.

    **IT IS SO ORDERED.**

Dated: December 3, 2009.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE