IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                               /

No. C 07-05760 WHA

**ORDER DENYING REQUEST TO SHORTEN TIME**

For lack of good cause shown, plaintiff's request to shorten time on the hearing for preliminary approval of class settlement is **DENIED**. The hearing on plaintiff's motion for preliminary approval shall be held on **JANUARY 28, 2010**, as currently scheduled.

**IT IS SO ORDERED.**

Dated: January 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE