IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.
                                      /

No. C 07-05760 WHA

**ORDER RESCHEDULING HEARING ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEY'S FEES AND COSTS**

     The hearing scheduled for April 15, 2010, on class counsel's motion for final approval of the pending class action settlement and for attorney's fees and costs is hereby **RESCHEDULED** for **NOON ON APRIL 29, 2010**. Class counsel shall ensure that any class members who have communicated that they intend to appear at the April 15 hearing are promptly notified of this change in the hearing date.

     **IT IS SO ORDERED.**

Dated: April 12, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE