IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant.<br>_____/ | No. C 07-05760 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REQUESTING ADDITIONAL INFORMATION REGARDING MOTION FOR ATTORNEY'S FEES AND COSTS** |

In order to properly evaluate whether the requested attorney's fees are "fair, reasonable, and adequate," class counsel are **ORDERED** to supplement their previously filed declarations as follows. *First*, no declaration has been filed setting forth Attorney Kathryn Anderson's qualifications, experience, and role in this litigation (*see* Dkt. No. 148, which sets forth the information counsel must provide to support a motion for attorney's fees and costs). Based upon the spreadsheets filed by class counsel, Attorney Anderson performed various legal tasks in this dispute. The absence of any information about Attorney Anderson is especially troubling given that she bills at a proposed market rate of $768 per hour, which is the same ultra-premium rate as Attorney Visher (Visher Decl. Exh. G at 18–19).

*Second*, speaking of the proposed market rate for class counsel, while counsel provided sufficient information (as requested) regarding proposed attorney market rates based upon the Laffey Matrix (adjusted for San Francisco cost-of-living adjustments), this order emphasizes that