IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-05760 WHA

**ORDER CHANGING HEARING TIME TO 2:00 P.M.**

    Due to the presence of a morning trial, the hearing scheduled for April 29, 2010, on class counsel's motion for final approval of the pending class action settlement and for attorney's fees and costs **WILL START AT 2:00 P.M.** rather than at noon. Class counsel shall ensure that any class members who have communicated that they intend to appear at the hearing are promptly notified of this change.

**IT IS SO ORDERED.**

Dated: April 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE