IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-05760 WHA

**ORDER DENYING MOTION TO ENLARGE TIME**

For the reasons stated in the order filed today in *Russell v. United States of America* (CV 09–3239 WHA), class counsel's motion to enlarge time to permit class member Charles Davidson to opt out of the certified class after the applicable deadline is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE