LAW OFFICES OF S. CHANDLER VISHER
S. Chandler Visher (California State Bar No. 52957)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone: (415) 901-0500; Facsimile: (415) 901-0504
chandler@visherlaw.com

CONSUMER LAW OFFICE OF MARIE NOEL APPEL
Marie Noel Appel (California State Bar No. 187483)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Telephone (415) 901-0508; Facsimile: (415) 901-0504
marie@consumerlaw.ws

PUBLIC CITIZEN LITIGATION GROUP
Deepak Gupta (pro hac vice)
Brian Wolfman (pro hac vice)
1600 20th Street, NW
Washington, DC 20009
Telephone: (202) 588-7739; Facsimile: (202) 588-7795
dgupta@citizen.org; wolfmanb@law.georgetown.edu

Attorneys for Plaintiff Julius Briggs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br>　　　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA and ARMY AND AIR FORCE EXCHANGE SERVICE,<br>　　　　　　Defendants. | No. CV – 07 – 5760 WHA<br><br>**AMENDED CLASS COUNSEL REPORT ON NOTICE, OBJECTIONS AND EXCLUSIONS**<br><br>Date:　　April 29, 2010<br>Time:　　2:00 P.M.<br>Location: Courtroom 9, 19th Floor |

S. Chandler Visher states as follows:

1. I am one of the attorneys for the plaintiff and the certified plaintiff class herein, and if called to testify, I could competently give evidence concerning the matters stated herein.

2. I have reviewed the Declaration of Jill Evans re Notice Procedures filed herein. Based on the declaration and my discussions with the Class Administrator, it is my belief that the class was sent notice in accordance with the Court's Order Preliminarily Approving Class Action Settlement and Notice to the Class, Dkt. No. 149.

3. I have received no objections to the settlement or the proposed attorney fees or class representative payment.

4. Only two requests for exclusion from the class have been received, that of Mr. Charles Davidson, and that of Carmen L. Tate. While Ms. Tate's opt out was timely, Mr. Davidson's opt out was made on April 1, 2010, one day after the deadline had expired. A motion to enlarge time to permit the late opt out was denied by the Court on April 23, 2010 (Dkt. 177). Accordingly, Mr. Davidson remains a member of the Class.

5. Pursuant to the settlement herein, all class members are entitled to refunds of the full amount of their net offsets made more than 10 years after the debt became delinquent, with the minimum refund amount of $0.00, i.e., no class member was required to refund any amount to defendant, and the maximum refund of $10,000, i.e., persons with net offsets over $10,000 were required to waive the amount over $10,000.

6. All seven class members with claims over $10,000 have waived their claim above $10,000 on or before March 31, 2010, which was the deadline for such waivers. Copies of the waivers are attached hereto as Exhibit A.

7. Defendant prepared a list of the net offset amounts of each class member, filed as Exhibit 6 to the Settlement Agreement. Exhibit 6 indicates that the total of all of the net refund amounts, with the refund amount for persons with offsets over $10,000 limited to $10,000, is $7,404,944.19.

8. The government made an error, however, in the preparation of Exhibit 6, so that the net offset of class member Lashelle D. White is listed as a negative $1,533.86 rather than

$0.00. The true amount of the net refund amounts, with the refund amount for persons with offsets over $10,000 limited to $10,000, is $4,406,478.05. Although the government acknowledges its error in the preparation of Exhibit 6, it has refused to correct the amount of its contribution to the Class Fund to reflect the correct net offset.

9. Despite the government's error in preparing Exhibit 6 and even without any change in the government's contribution to the Class Fund to account for the error, no change in the full payment of each class member's net refund, less only the amount awarded for attorney fees, is necessary. The reason for this is that only 75% of the awarded fees will be distributed in calendar year 2010 so that funds will be available in the Class Fund for full payment and it is anticipated that residual funds from unlocated class members or uncashed refund checks will exceed the amount of the error.

10. The government supplied me with a list of persons who received the original class notice in 2009 but that it claimed should be excluded from the class because, it claimed, no offset more than 10 years after the delinquent date had been made on any of these accounts. With respect to one of these persons, Isaac Womack, I have reviewed the facts on which the government based its claim that he was not a member of the settlement class and believe that the government omitted him in error. Mr. Womack's net offset was $151. I will refund Mr. Womack the $151 he is due and expect, when the matter of the disposition of the expected Class Fund residue comes before the Court in 2011, to request that I be reimbursed from the residue.

I declare under penalty of perjury that the foregoing is true and correct. Executed April 27, 2010, at San Francisco, California.

                                                                /s/ S. Chandler Visher
                                                                 S. Chandler Visher

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

 Claim #: ▮▮▮▮▮▮▮

George Alejandres

▮▮▮▮▮▮▮▮▮▮▮▮▮

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): 3/31/2010

George Alejandres
CLASS MEMBER NAME

*/s/ George Alejandres*
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA  94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

|||||||||||||||||||||||||||||||   Claim #: ▮▮▮▮▮▮▮▮▮▮

Arthur M Chandler

▮▮▮▮▮▮▮▮▮▮

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States.* I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): ___02/8/10___

_____Arthur M. Chandler_____
CLASS MEMBER NAME

_____Arthur M Chandler_____
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

 Claim #: ███████

Carol Cubia Siebert

███████

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): 02/18/10

Carol Cubia Siebert
CLASS MEMBER NAME

*[signature]*
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌  Claim #: ███████

George Ferguson

████████████████

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): 2/17/2010

_George E. Ferguson_
CLASS MEMBER NAME

_[signature]_
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

Louis V Morris                Claim #:

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): _Feb 17th 2010_

_Louis V. Morris_
CLASS MEMBER NAME

_[signature]_
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA  94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

**From:**

[barcode]  Claim #: [redacted]

Jose Perez

[address redacted]

**Please strike out and correct your address as necessary.**

---

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): 02/16/10

_Jose M Perez_
**CLASS MEMBER NAME**

_[signature] Jose M Perez_
**SIGNATURE**

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA  94104

**Call Mr. Visher at (415) 90[Exhibit A]00 if you have any questions.**

## REQUEST TO PARTICIPATE AND WAIVER OF CLAIM OVER $10,000

From:

 Claim #: █████████

Earl Taylor

████████████

**Please strike out and correct your address as necessary.**

*Read the enclosed Notice carefully before deciding whether to fill out this form.*

**To the Court:**

I have read the class action notice in the case of *Briggs v. United States*. I wish to become a member of the Class and assert a claim in this case of $10,000. I waive my claim to any amount over $10,000 that is based on offsets, made against government payments that were otherwise due to me, in order to pay debt owed to the Army and Air Force Exchange Service (AAFES), where the offset was made more than 10 years after my AAFES debt became delinquent. I understand that my total claim for offsets made more than 10 years after the debt became delinquent is greater than $10,000 and that I may have the right to file a separate lawsuit for recovery of the full amount of my claim in the Court of Federal Claims. I give up the right to bring a separate lawsuit so that I may participate in this class action and receive a payment under the settlement. I understand that I will be bound by the judgment in the class action and will not hereafter be able to recover the amount offset above $10,000. **I understand I will receive a refund of $7,974.32 as a result of the settlement, if the Court finally approves the settlement without changes.**

Date (mm/dd/yyyy): 03/05/10

EARL TAYLOR                803-264-3366
CLASS MEMBER NAME

*[signature]*
SIGNATURE

**TO RECEIVE THE $7,974.32, THIS FORM MUST BE MAILED BY MARCH 31, 2010 TO:**

S. Chandler Visher, attorney
Law Offices of S. Chandler Visher
44 Montgomery Street, Suite 3830
San Francisco, CA 94104

**Call Mr. Visher at (415) 901-0500 if you have any questions.**

Exhibit A