IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-05760 WHA

**FINAL JUDGMENT**

For the reasons stated in the accompanying order granting final approval of the class action settlement, **FINAL JUDGMENT IS HEREBY ENTERED**. The parties shall effectuate the settlement agreement in accordance with all its terms and conditions, except as modified by the order granting final approval of the settlement. The Court shall retain jurisdiction over all matters related to the administration and enforcement of the settlement agreement. Since these tasks are all that remain, **THE CLERK SHALL CLOSE THE FILE.**

    **IT IS SO ORDERED.**

Dated: April 30, 2010.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE