1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11    JULIUS BRIGGS, on behalf of himself and
      all others similarly situated,
12                                                     No. C 07-5760 WHA
                     Plaintiff,
13
        v.
14
      UNITED STATES OF AMERICA,                        **ORDER AMENDING**
15                                                     **FINAL JUDGMENT**
                     Defendant.
16    ————————————————————————/

17           Lead plaintiff Julius Briggs moves pursuant to Rule 60(a) for two amendments to the

18    final judgment in this class action.  The motion is unopposed.

19           *First*, plaintiff moves to amend the final judgment to give effect to a timely request for

20    exclusion from the settlement by Carmen L. Tate, and to conform the final settlement amount

21    by the value of that excluded class member's claim, $91.37, for a final amount of

22    $7,404,852.82.  This amendment is **GRANTED**.

23           *Second*, plaintiff moves to authorize payment to plaintiff's counsel of $375,000

24    (representing 75 percent of the EAJA award for fees) and $52,000 for expenses, promptly upon

25    expiration of the appeal period for the final judgment.  Under the current order giving final

26    approval to the settlement, only $52,000 for expenses and 25 percent of the EAJA award may

27    be disbursed upon expiration of the appeal period for the final judgment.  The remaining 75

28    percent of attorney's fees can be paid only after counsel certifies that all class members have

**United States District Court**
For the Northern District of California

received and cashed their checks, no problems with the distribution have been reported for a period of 30 days, and there is nothing left to do.

This amendment is **DENIED**.  The existing schedule for disbursement of attorney's fees will give counsel an incentive to ensure that the distribution of the settlement funds to the class members occurs as quickly and smoothly as possible.

**IT IS SO ORDERED.**

Dated: June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE