1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br>       Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>       Defendant. | No. CV – 07 – 5760 WHA<br><br>[~~PROPOSED~~] **ORDER RE ADMINISTRATIVE MOTION TO REQUEST SECOND PARTIAL DISBURSEMENT OF ATTORNEY'S FEES** |

1   The Court hereby orders that, in accordance with the terms of the Settlement Agreement,
2  the Settlement Administrator shall provide a second disbursement of attorney's fees to class
3  counsel in the amount of $560,000, 50% of the awarded fees. The final payment of 25% of the
4  awarded fees, and any interest due as provided in the Settlement Agreement, shall not be
5  distributed until ordered by the Court. Settlement Agreement (Dkt. 139.1), ¶ 9(e)(ii).
6  IT IS SO ORDERED.

Dated: _December 17_____, 2010          _____
                                         Hon. William H. Alsup
                                         UNITED STATES DISTRICT COURT JUDGE