1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br>            Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br>                        Defendant. | No. CV – 07 – 5760 WHA<br><br>**[PROPOSED]** **ORDER RE ADMINISTRATIVE MOTION TO CHANGE SETTLEMENT REPORTING AND MOTION DATES** |

1  The Court hereby orders that, good cause appearing, the following dates provided in the Settlement Agreement are hereby modified: the report of the Class Administrator shall be submitted by June 15, 2011 and the date for motions by the parties concerning the distribution of the residue be changed to August 1, 2011.

IT IS SO ORDERED.

Dated: __March 28_____, 2011

_____
Hon. William H. Alsup
UNITED STATES DISTRICT COURT JUDGE