1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

15
16
17
18
19  JULIUS BRIGGS, on behalf of himself
20  and all others similarly situated,
           Plaintiff,
21  v.
22
23  UNITED STATES OF AMERICA,
                Defendant.
24
25
26
27
28

No. CV – 07 – 5760 WHA

~~[PROPOSED]~~ **ORDER RE ADMINISTRATIVE MOTION TO CHANGE SETTLEMENT REPORTING AND MOTION DATES**

1 | The Court hereby orders that, good cause appearing, the following dates provided in the Settlement Agreement are hereby modified: the report of the Class Administrator shall be submitted on August 25, 2011 and the deadline for motions by the parties concerning the distribution of the residue be changed to September 8, 2011.

IT IS SO ORDERED.

Dated: ____July 26_____, 2011        _____
                                             Hon. William H. Alsup
                                      UNITED STATES DISTRICT COURT JUDGE