IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>                                        / | No. C 07-05760 WHA<br><br>**NOTICE REQUESTING FURTHER SUBMISSIONS** |

    Regarding the class members who have not been identified, both sides should advise the court whether distribution of the residue funds will cause the unidentified individuals to have their rights extinguished whether or not they have been paid.

    Both parties must submit a response in writing by **WEDNESDAY, OCTOBER 12 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 6, 2011.

                                                WILLIAM ALSUP<br>                                              UNITED STATES DISTRICT JUDGE