**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself and
all others similarly situated,

        Plaintiffs,

  v.

UNITED STATES OF AMERICA,

        Defendant.

_____/

No. C 07-05760 WHA

**REQUEST FOR
ADDITIONAL SUBMISSION**

    Defendant should advise the Court whether a *provisional* distribution of the residue funds
could be made to its proposed cy pres recipients, the Morale, Welfare and Recreation Programs of
the Army and Air Force (collectively "MWR"), such that unidentified class members' claims
against the funds would still be honored.

    If a provisional distribution is possible, defendant should advise the Court whether and
how claims by unidentified class members against the MWR recipients would be limited, and
until what date such claims could be made.

    Defendant must submit a response in writing by **WEDNESDAY, FEBRUARY 8, AT NOON**.

    **IT IS SO ORDERED.**

Dated:  January 31, 2012.

                                _____
                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE