IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 07-05760 WHA<br><br>**NOTICE REGARDING HEARING SET FOR FEBRUARY 9, 2012** |

      There is a reasonable possibility that the Court will be dark on Thursday, February 9, 2012, and this hearing will need to be postponed. This serves as a notice to counsel. The Court will not be able to confirm whether the hearing will be rescheduled until Tuesday, February 7. If there is a possibility that this will be problematic for out of town counsel, please let the Court know promptly.

      **IT IS SO ORDERED.**

Dated: February 3, 2012.

                                                  WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE