IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　/ | No. C 07-05760 WHA<br><br>**NOTICE CONFIRMING FEBRUARY 9, 2012, HEARING DATE** |

　　　This notice is to confirm that the hearing set for 8:00 a.m. on February 9, 2012, will go forward as regularly scheduled.

**IT IS SO ORDERED.**

Dated: February 6, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE