IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIUS BRIGGS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C 07-05760 WHA<br><br>**SUPPLEMENTAL ORDER RE PLAINTIFF'S MOTION FOR ADDITIONAL ATTORNEY'S FEES AND/OR CY PRES DISTRIBUTION AND DEFENDANT'S MOTION FOR CY PRES DISTRIBUTION** |

On February 14, an order issued denying plaintiff's motion for additional attorney's fees and/or cy pres distribution and granting defendant's motion for cy pres distribution and requested counsel vet the proposed distribution procedures set forth at the end of said order. Class counsel accordingly filed an administrative motion highlighting two issues and proposing changes to the distribution, which the government agreed it would not oppose (Vishner Decl. ¶ 3). The Court thanks class counsel its submission.

The Court partially agrees with class counsel and orders the following amendment to the order dated February 14 (Dkt. No. 237):

Page 8, ¶ 5 shall now read:

> 5. That, upon transfer of the uncashed check funds listed above in *(4)*, KCC transfer the remaining $140,000 in awarded attorney's fees *and interest accrued* on awarded fees according to the direction of class counsel;"

**IT IS SO ORDERED.**

Dated: February 22, 2012.

                                                              WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE