IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIUS BRIGGS, on behalf of himself
and all others similarly situated,

    Plaintiff,

  v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-05760 WHA

**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**

    The government is requested to address the issues raised in the recent submission by class counsel (Dkt. No. 242) no later than **NOON ON FRIDAY, MARCH 16**.

    **IT IS SO ORDERED.**

Dated: March 14, 2012.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE